**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND *et al.*,<br><br>          Plaintiffs,<br>-vs-<br><br>ROGERS MECHANICAL, INC.<br><br>          Defendant. | No. 1:20-cv-01188-SEB-MJD<br><br>Judge Sarah E. Barker<br>Magistrate Judge Mark J. Dinsmore |

## **DEFENDANT'S NOTICE OF APPEAL OF FINAL JUDGMENT**

Notice is hereby given that Defendant, Rogers Mechanical, Inc., in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order on Plaintiff's Motion for Summary Judgment, [Filing No. 49], and resulting final Judgment, [Filing No. 50], each entered into the record of this action by the United States District Court for the Southern District of Indiana on May 20, 2021.

Respectfully submitted,

/s/ Charles B. Daugherty
Charles B. Daugherty Att. No. 29883-49
Jobsite Legal Team – Daugherty, LLC
130 North Delaware Street
Indianapolis, Indiana 46204
Phone: (317) 525-8494
charles@jobsitelegalteam.com

*Attorneys for Defendant, Rogers Mechanical, Inc.*

## CERTIFICATE OF SERVICE

The foregoing was served on June 19, 2021, by e-mail to Plaintiffs' counsel of record, at the following email addresses:

Thomas R. Kendall, tkendall@fringebenefitlaw.com
Paul E. Stoehr, pstoehr@fringebenefitlaw.com

/s/Charles B. Daugherty