UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:20-cv-01188-MJD-SEB |
| ROGERS MECHANICAL, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER ON MOTION FOR ATTORNEY'S FEES**

This matter is before the Court on Plaintiffs' timely motion for attorney's fees, in which Plaintiffs seek an award of fees pursuant to ERISA §502(g)(2)(D), 29 U.S.C. §1132(g)(2)(D). [Dkt. 51.] Defendant has not filed a response to the motion, and the time for doing so has expired.

On May 20, 2021, this Court entered judgment against Defendant in favor of Plaintiffs in the amount of $318,716.15 plus costs. [Dkt. 49; Dkt. 50.] Plaintiffs now seek to recover their attorney's fees in the amount of $19,918.00. [Dkt 51 at 2.] Attorney Thomas R. Kendall and his legal team at Ledbetter Parisi LLC have provided 95.5 hours of legal services to Plaintiffs in connection with this matter, from January 2020 to the present. [Dkt. 51-1.] The firm charged Plaintiffs an hourly rate of $220.00 per hour of attorney time and $115.00 per hour for paralegal time.

In the absence of any objection by Defendant, the Court herby **GRANTS** Plaintiffs' motion and awards Plaintiffs' attorney's fees in the amount of $19,918.00. *See* Local Rule 7-1(c)(5) ("The court may summarily rule on a motion if an opposing party does not file a response within the deadline.").

SO ORDERED.

Dated: 28 JUN 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.