IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND *et al*., <br><br> Plaintiffs, <br><br> -vs- <br><br> ROGERS MECHANICAL, INC. <br><br> Defendant. | CASE NO. 1:20-cv-1188 |

## SATISFACTION OF JUDGMENT

Come now Plaintiffs, Trustees of the Sheet Metal Workers Local Union No. 20 Welfare and Benefit Fund, et al., and having received satisfaction in accordance with the terms of the parties' Settlement Agreement, hereby release the judgment entered herein on May 20, 2021 against Defendant, Rogers Mechanical, Inc. (Dkt. #49, 50).

Respectfully submitted,

LEDBETTER PARISI LLC

/s/ Thomas R. Kendall
Paul E. Stoehr (OH #0096213)
Thomas R. Kendall (IN #26859-15)
pstoehr@fringebenefitlaw.com
tkendall@fringebenefitlaw.com
5078 Wooster Road, Suite 400
Cincinnati, OH 45226
(937) 619-0900
(937) 619-0999 (fax)
*COUNSEL FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

      This will certify that on October 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                        /s/ Thomas R. Kendall