# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 18, 2021

To:  Roger A. G. Sharpe
     UNITED STATES DISTRICT COURT
     Southern District of Indiana
     United States Courthouse
     Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 21-2137 | TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND and TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20, INDIANAPOLIS AREA, PENSION TRUST,<br>  Plaintiffs - Appellees<br><br>v.<br><br>ROGERS MECHANICAL, INC.,<br>  Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01188-MJD-SEB<br>Southern District of Indiana, Indianapolis Division<br>Magistrate Judge Mark J. Dinsmore ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                         F.R.A.P. 42(b)

STATUS OF THE RECORD:                                      no record to be returned

form name: **c7_Mandate**    (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 18, 2021

*By the Court*:

| No. 21-2137 | TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20 WELFARE AND BENEFIT FUND and TRUSTEES OF THE SHEET METAL WORKERS LOCAL UNION NO. 20, INDIANAPOLIS AREA, PENSION TRUST, <br> Plaintiffs - Appellees <br><br> v. <br><br> ROGERS MECHANICAL, INC., <br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:20-cv-01188-MJD-SEB <br> Southern District of Indiana, Indianapolis Division <br> Magistrate Judge Mark J. Dinsmore ||

Upon consideration of the **MOTION TO DISMISS CASE,** filed on November 17, 2021, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b)**.**

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit